IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.

Submitted May 19, 1941; decided May 29, 1941.

*William H. Daly* for motion.
*Irene R. Hardoncourt* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order of the Appellate Division is not final.